UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **JERRY PLATZ, SANDRA PLATZ, ALAN CHAFFIN, and JAMES WAYNE ROWAN** | | **PLAINTIFFS** |
| v. | **CASE NO. 1:09cv00014 BSM** | |
| **TERRY CARTER, BEELMAN TRUCKING CO., AND TRANSPORTATION, INC.** | | **DEFENDANTS** |

## ORDER

Separate defendants, Terry Carter ("Carter") and Beelman Trucking Co. ("Beelman"), move to compel discovery [Doc. No. 83], and separate plaintiff Jerry Platz ("Platz"), objects [Doc. No. 84]. The motion is granted.

Carter and Beelman request that Platz provide them with the addresses of Elton Dudley Construction Company, Jim May, Robert L. Farmer, and Paul Freeman. Platz asserts that he has attempted to locate the requested addresses, and continues to do so. He states that once the information is located it will be provided to Carter and Beelman. To the extent practicable, Platz is directed to provide all information requested by Carter and Beelman.

Accordingly, the motion to compel [Doc. No. 83] is granted.

IT IS SO ORDERED this 27th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE