UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

JERRY PLATZ, SANDRA PLATZ,
ALAN CHAFFIN, and JAMES WAYNE
ROWAN                                                                                           PLAINTIFFS

v.                                         CASE NO. 1:09cv00014 BSM

TERRY CARTER, BEELMAN
TRUCKING CO., and TRANSPORTATION,
INC.                                                                                            DEFENDANTS

## ORDER OF DISMISSAL

The parties request that this case be dismissed with prejudice due to settlement. [Doc. No. 91].

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 28th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE